# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

157349 & (60)(61)(62)(64)(66)(70)(75)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEMARIO ROBEHIER WADE-BEY,
     Defendant-Appellant.

SC: 157349
COA: 335045
Muskegon CC: 15-000244-FH

_____/

     On order of the Court, the motions for supplemental authorities are GRANTED in part, to the extent that the authorities referenced in the motions are considered to be support for the defendant's arguments. The application for leave to appeal the January 11, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for judgment of acquittal, for bond, for immediate consideration, to expand the record, and to amend the record are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk

t0325